

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00212-CV

**IN THE INTEREST OF R.K.H.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01466
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting: Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Delivered and Filed: July 29, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that she no longer wishes to pursue this appeal. We therefore GRANT the motion to dismiss and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM